IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LORENZO P. TAYLOR, SR                                                                                    PLAINTIFF

v.                                          Case No. 1:24-cv-01070

NURSE KAYSE SANFORD and
TIFFIN THOMPSON                                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 22, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that Defendant Nurse Kayse Sanford's Motion to Dismiss (ECF No. 19) be granted in part and denied in part. (ECF No. 31, at 10). Specifically, Judge Bryant recommends that Plaintiff's conditions of confinement claim against all Defendants be dismissed without prejudice, and that Plaintiff's denial of medical care claim against all Defendants should proceed for further litigation. (ECF No. 31, at 10). Judge Bryant also recommends that Plaintiff's Motion to Proceed (ECF No. 28) should be granted in part and denied in part, allowing Plaintiff to proceed on his denial of medical care claim against Defendant Sanford and Defendant Tiffin Thompson ("Defendant Thompson"). (ECF No. 31, at 10).

Plaintiff has responded. However, Plaintiff states he has no objections to Judge Bryant's recommendations. Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 31) *in toto*. Accordingly, the Court finds Defendant Sanford's Motion to Dismiss (ECF No. 19) should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's conditions of

confinement claim against Defendant Sanford and Defendant Thompson is hereby **DISMISSED WITHOUT PREJUDICE**.  Plaintiff's denial of medical care claim against Defendant Sanford and Defendant Thompson will remain for further litigation. Additionally, Plaintiff's Motion to Proceed (ECF No. 28) should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff may proceed with his denial of medical care claim against Defendant Sanford and Defendant Thompson.

      **IT IS SO ORDERED**, this 4th day of September, 2025.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge